OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 DEC. 11. 2015

12/9/2015

**WALTON, JIMMIE LEE   Tr. Ct. No. W07-49757-Y(H)        WR-29,198-24**

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Discharged

**UTF**

Abel Acosta, Clerk

JIMMIE LEE WALTON
MICHAEL UNIT - TDC # 1482003
P. O. BOX 4500
TENNESSEE COLONY, TX 75886

UTF